# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEVIN ENAHU ALVARENGA MELGAR, ET AL.** * | |
| **Plaintiffs** * | |
| v. * | Civil No.: DLB 22-283 |
| **CCC USA LLC, ET AL.** * | |
| **Defendants** | |
| ****** | |

## ORDER OF DEFAULT

It appearing from the records and/or Certificate of Compliance of Bernard J. Logan that the Summons and Complaint were properly served upon Defendant CCC USA LLC on **April 11, 2022**, that the time for said Defendant to plead or otherwise defend expired on **May 2, 2022**, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by Defendant CCC USA LLC is entered this **18th** day of **May**, 2022.

CATHERINE M. STAVLAS, CLERK

By: /s/
Theresa D. Derro
Deputy Clerk

cc:  CCC USA LLC                    Nilton Cesar Siqueira          Bernard J. Logan, Clerk
     10751 Clover Court             c/o CCC USA LLC                Commonwealth of Virginia
     Manassas, VA  20109            8100 Juliet Lane, Apt. 301     State Corporation Commission
                                    Manassas, VA  20109            Tyler Building
                                                                   1300 East Main Street
                                                                   Richmond, VA  23219-3630